■ In the Matter of DEBUT BLOUSE & SPORTSWEAR CORP. and CADILLAC TEXTILES INCORPORATED.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

■ LEONARD SLAVIN, an Infant, etc. v. NEWTON WHISPELL.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

## (November 20, 1957)

■ WILLIAM BOTWINIK et al., Respondents, v. LOUIS DLUGACZ et al., Defendants, and MAX PROYECT et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

## (November 21, 1957)

■ MAX ROOTEN v. SARTORIUS & Co.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

■ MAX ROOTEN v. SARTORIUS & Co.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

## (November 26, 1957)

■ A. L. RUSSELL, INC., Respondent, v. CITY OF NEW YORK, Appellant and CAYUGA CONSTRUCTION CORPORATION, Appellant-Respondent. NEW ERA LITHOGRAPH COMPANY, INC,. Respondent, v. CITY OF NEW YORK, Appellant, and CAYUGA CONSTRUCTION CORPORATION, Appellant-Respondent. NEW ERA LETTER Co., INC., Respondent, et al., Plaintiffs, v. CITY OF NEW YORK, Appellant, and CAYUGA CONSTRUCTION CORPORATION, Appellant-Respondent. ADA LEWIS et al., as Executors and Trustees of HARRY J. LEWIS, Deceased, Respondents, v. CITY OF NEW YORK, Appellant, and CAYUGA CONSTRUCTION CORPORATION, Appellant-Respondent. BAR PRESS, INC., Respondent, v. CITY OF NEW YORK, Appellant, and CAYUGA CONSTRUCTION CORPORATION, Appellant-Respondent. WISDOM PRESS, INC., Respondent, v. CITY OF NEW YORK, Appellant, and CAYUGA CONSTRUCTION CORPORATION, Appellant-Respondent. O'SULLIVAN LINOTYPE COMPOSITION Co., INC., Respondent, v. CITY OF NEW YORK, Appellant, and CAYUGA CONSTRUCTION CORPORATION, Appellant-Respondent. GREENLEIGH PRINTING Co., INC., Respondent, v. CITY OF NEW YORK, Appellant, and CAYUGA CONSTRUCTION CORPORATION, Appellant-Respondent. AMERICAN MICA WORKS CORP., Respondent, v. CITY OF NEW YORK, Appellant, and CAYUGA CONSTRUCTION CORPORATION, Appellant-Respondent. THEODORE P. HARDING et al., Doing Business as HARDING & HARDING, Respondents, v. CITY OF NEW YORK, Appellant, and CAYUGA CONSTRUCTION CORPORATION, Appellant-Respondent. GENERAL PRINTED PRODUCTS CORP., Respondent, v. CITY OF NEW YORK, Appellant, and CAYUGA CONSTRUCTION CORPORATION, Appellant-Respondent. OLAF RAVNDAL, as Treasurer of American Express Company, Respondent, v. CITY OF NEW YORK, Appellant, and CAYUGA CONSTRUCTION CORPORATION, Appellant. NEW YORK TESTING LABORATORIES, INC., Respondent, v. CAYUGA CONSTRUCTION COR-